■ JOSEPH G. SHAPIRO, Doing Business as JOLI MARKETING Co., Respondent, v PITEX CORPORATION, Appellant.—Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Wager, J. (Appeal from order of Supreme Court, Nassau County, Wager, J.—stay arbitration.) Present— Dillon, P. J., Doerr, Boomer, Pine and Lawton, JJ.

■ GOVERNMENT EMPLOYEES INSURANCE COMPANY, Respondent, v LEONISA CUSI, Respondent, and NATIONWIDE INSURANCE COMPANY, Appellant.—Order unanimously affirmed without costs. Memorandum: The doctrine of waiver precludes an insurer from disclaiming coverage under an insurance policy where the insurer, with knowledge that there is a ground to void policy, nonetheless acts in recognition of the validity of the policy (see, Titus v Glens Falls Ins. Co., 81 NY 410, 419; Gilbert Frank Corp. v Federal Ins. Co., 91 AD2d 31, 33-35, and cases cited therein). Applying that doctrine to this case, we find that Nationwide waived its right to disclaim when it participated in the intercompany property damage arbitration on behalf of its insured and conceded coverage of the offending vehicle. Thus, the court properly found the disclaimer invalid. (Appeal from order of Supreme Court, Nassau County, Wager, J.—arbitration.) Present—Callahan, J. P., Denman, Green, Balio and Davis, JJ.

■ METAXIA KAPELERIS, Respondent, v COLONIAL PENN INSURANCE COMPANY, Appellant.—Order unanimously reversed on the law without costs, motion granted and cross motion denied. Memorandum: Supreme Court erred in denying defendant's motion to strike plaintiff's demand for punitive damages. The allegations in plaintiff's complaint and proposed amended complaint that defendant insurance company engaged in persistent unfair claim settlement practices (see, Insurance Law § 2601) "may more properly be evaluated and, if proved, be redressed by the Superintendent of Insurance, who is charged by law with the regulation of this industry, rather than by private litigants" (Roldan v Allstate Ins. Co., 149 AD2d 20, 43). Accordingly, plaintiff's cross motion is denied. (Appeal from order of Supreme Court, Kings County, Ramirez, J.—amended complaint.) Present—Callahan, J. P., Denman, Green, Balio and Davis, JJ.